IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DRUMMOND COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.:9:14-MC-81189-DMM |
| v. ) | (Case No. 2:11-cv-3695-RDP-TMP |
| ) | pending in the U.S. District Court for |
| TERRENCE P. COLLINGSWORTH, ) | the Northern District of Alabama, |
| individually and as agent of Conrad & ) | Southern Division) |
| Scherer, LLP; and CONRAD & SCHERER, ) | |
| LLP, ) | |
| ) | |
| Defendants. ) | |

## EMERGENCY SUPPLEMENTAL MOTION TO SEAL
## OF NON-PARTIES JACK SCAROLA AND SEARCY DENNEY

1. Pursuant to Rules 5.4(b) and 7.1(e) of the Local Rules of the United States District Court for the Southern District of Florida, Non-Parties Jack Scarola ("Mr. Scarola") and Searcy Denney Scarola Barnhart & Shipley, P.A. ("Searcy Denney") urgently request an order sealing portions of Plaintiff Drummond Company, Inc.'s ("Drummond's") Response in Opposition to Scarola's and Searcy Denney's Motion to Quash Subpoenas Duces Tecum, For Protective Order and For Sanctions, ("Drummond's Opposition") (DE 17) and sealing Exhibits 28, 29, and 32 attached thereto, which were filed Friday, October 24, 2014.

2. On October 23, 2014, Movants requested that the Court seal exhibits that Movants understood Drummond intended to file on the grounds that the exhibits contained privileged and confidential information related to their work and legal strategies in litigation against Chiquita Brands International, Inc. ("Chiquita"), which is unrelated to Drummond's libel case against Defendants (the "Motion to Seal") (DE 15).[1]

---

[1] The factual background supporting this motion is set forth in Movants' Motion to Seal, dated October 23, 2014.

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2014, I caused a copy of the foregoing pleading to be served via e-mail on the following persons:

JACK SCAROLA

Brett Alan Barfield, Esq.
Michael E. Rothenberg, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Tel: (305) 374-8500
Brett.barfield@hklaw.com
Michael.rothenberg@hklaw.com

H. Thomas Wells, III, Esq.
Starnes Davis Florie LLP
P.O. Box 59812
Birmingham, Alabama 35259
Tel: 205-868-6000
Fax: 205-868-6099
htw@starneslaw.com

Sara E. Kropf, Esq.
LAW OFFICE OF SARA KROPF PLLC
1001 G Street NW, Suite 800
Washington, D.C. 20001
sara@kropf-law.com

Christopher S. Niewoehner, Esq.
Steptoe & Johnson LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60604
cniewoehner@steptoe.com

Bradley J. Smith, Esq.
CLARK, HAIR & SMITH, P.C.
1000 Urban Center Drive, Suite 125
Birmingham, Alabama 35242
bsmith@chslaw.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DRUMMOND COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.:9:14-MC-81189-DMM |
| v. ) | (Case No. 2:11-cv-3695-RDP-TMP |
| ) | pending in the U.S. District Court for |
| TERRENCE P. COLLINGSWORTH, ) | the Northern District of Alabama, |
| individually and as agent of Conrad & ) | Southern Division) |
| Scherer, LLP; and CONRAD & SCHERER, ) | |
| LLP, ) | |
| ) | |
| Defendants. ) | |

# [PROPOSED] ORDER

Before the Court is Non-Parties Jack Scarola's and Searcy Denney Scarola Barnhart & Shipley, P.A.'s Motion to Seal, the Declaration of Jack Scarola, and Emergency Supplemental Motion to Seal seeking an order sealing privileged documents and communications that Plaintiff Drummond Company, Inc. ("Drummond") publicly filed in this miscellaneous action. Movants have asserted claims of privilege and confidentiality over the documents and communications listed below and they seek to have the following portions of the Court's docket placed under seal:

    a. Drummond's Response in Opposition to Scarola's and Searcy Denney's Motion to Quash at pages 1, 8, 9, 16 (DE 17);

    b. Declaration of H. Thomas Wells, III at page 4 (DE 17-1);

    c. Exhibit 28 to Drummond's Opposition Response in Opposition to Scarola's and Searcy Denney's Motion to Quash (DE 17-29);

    d. Exhibit 29 to Drummond's Response in Opposition to Scarola's and Searcy Denney's Motion to Quash (DE 17-30); and

    e. Exhibit 32 to Drummond's Response in Opposition to Scarola's and Searcy Denney's Motion to Quash (DE 17-33).

Having considered Movants' motions and supporting documents and for good cause appearing, the Court finds an overriding interest exists in protecting the aforementioned privileged documents and communications that overcomes the right of public access to the above mentioned documents, that a substantial probability exists that the overriding interest will be prejudiced if the above mentioned documents are not sealed, and that the proposed sealing is narrowly tailored and no less restrictive means exists to achieve the overriding interest.

Accordingly, IT IS HEREBY ORDERED that Scarola's and Searcy Denney's Motion to Seal and Emergency Supplemental Motion to Seal are GRANTED. The Clerk is directed to remove the aforementioned documents from the public record and file them under seal.

IT IS SO ORDERED this ____ day of _____, 2014.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE