UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __9:14:MC-81189__ CV/CR __Judge Middlebrooks__
(Judge's Last Name/Magistrate's Last Name)

Drummond Company, Inc.

_____/ Plaintiff(s)
(Full Name of Plaintiff/s)
v.

Terrance P. Collingsworth, individually
and as agent of Conrad & Scherer, LLP;
and Conrad & Scherer, LLP _____/Defendant(s)
(Full Name of Defendant/s)

### CERTIFICATION OF EMERGENCY

    I hereby certify that, as a member of the Bar of this Court, I have carefully examined this matter and it is a true emergency.

    I further certify that the necessity for this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by the circumstances of this case. The issues presented by this matter have not been submitted to the Judge assigned to this case or any other Judge or Magistrate Judge of the Southern District of Florida prior hereto.

    I further certify that I have made a bona fide effort to resolve this matter without the necessity of emergency action.

Dated this __27__ day of __October__, 2014.

Signature: _____

Printed Name: Jack Scarola

Florida Bar Number: 169440

Telephone Number: (561) 686-6300

==============================================================================

### FOR CLERK'S OFFICE USE ONLY

    I hereby certify that the Judge assigned to this case is unavailable for this emergency. (A copy of notification to the Clerk is on file). In accordance with the Court's Internal Operating Procedures, the matter has been assigned to the Honorable _____ through a blind random assignment process. The assignment of this emergency matter shall be of temporary duration, limited only to the immediate relief sought and the case for all other purposes or proceedings shall remain on the docket of the Judge to whom it was originally assigned.

    [If Applicable] I hereby certify that the above Judge randomly assigned to this emergency is unavailable. (A copy of notification to the Clerk is on file). Therefore, in accordance with the Court's Internal Operating Procedures, the Honorable _____ has subsequently been assigned to the matter through a blind random assignment procedure. The assignment of this emergency matter shall be of temporary duration, limited only to the immediate relief sought and the case for all other purposes or proceedings shall remain on the docket of the Judge to whom it was originally assigned.

Dated this _____ day of _____, 20____.

STEVEN M. LARIMORE
Court Administrator · Clerk of Court

By: _____, Deputy Clerk