**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO: 9:14-MC-81189-DMM**

| | |
|---|---|
| DRUMMOND COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| TERRENCE P. COLLINGSWORTH, individually and as agent of Conrad & Scherer, LLP, and CONRAD & SCHERER, LLP, | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Terrence P. Collingsworth and Conrad & Scherer, LLP, appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's "Order on Motion to Quash" (D.E. 24), entered by Judge Middlebrooks in the above-captioned case on November 21, 2014, denying non-parties Jack Scarola and Searcy Denney Scarola Barnhart & Shipley, P.A.'s motion to quash a subpoena *duces tecum* served on them by Plaintiff Drummond Company, Inc.

DATE: December 22, 2014.   Respectfully submitted,

s/ William T. Paulk
William T. Paulk (Fla. Bar No. 52800)
wpaulk@spotswoodllc.com
SPOTSWOOD SANSOM & SANSBURY LLC
1819 5th Ave. N., Suite 1050
Birmingham, AL 35203
Phone: (205) 986-3624
Fax: (205) 986-3639

> Bruce S. Rogow (Fla. Bar No. 067999)
> brogow@rogowlaw.com
> Tara A. Campion (Fla. Bar No. 0090944
> tcampion@rogowlaw.com
> BRUCE S. ROGOW, P.A.
> 500 E Broward Blvd., Ste. 1930
> Fort Lauderdale, Florida 33394
> Phone: (954) 767-8909
> Fax:     (954) 764-1530
>
> *Attorneys for Terrence P. Collingsworth and*
> *Conrad & Scherer, LLP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on December 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record registered to receive Notices of Electronic Filing generated by CM/ECF.

> s/ William T. Paulk
> William T. Paulk