UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-81189-MC-MIDDLEBROOKS

DRUMMOND COMPANY, INC.,

    Plaintiff,

v.

TERENCE P. COLLINGSWORTH, et al.,

    Defendants.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Jack Scarola and Searcy Denney Scarola Barnhart & Shipley, P.A., non-parties in the above captioned case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from an Order on Motion to Quash (DE 24) entered in this action on November 20. 2014. A copy of the Order is attached hereto.

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on 22nd day of December, 2014. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

JACK SCAROLA
Florida Bar No.: 169440
WILLIAM B. KING
Florida Bar No.: 181773
Attorney E-Mail: jsx@searcylaw.com
Primary E-Mail: eservice@searcylaw.com
Secondary E-Mail: ScarolaTeam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9465

## COUNSEL LIST

William Anthony Davis, III
tdavis@starneslaw.com
H. Thomas Wells, III
twells@starneslaw.com
Benjamin T. Presley
bpresley@starneslaw.com
Starnes Davis Florie LLP
P.O. Box 59812
Birmingham, AL 35259
Telephone: (205) 868-6000
Fax: (205) 868-6099
Attorneys for Drummond Company, Inc.

Sara E. Kropf
Law Office of Sara Kropf, OLLC
101 G Street NW, Suite 800
Washington, D.C. 20001
Telephone: (205) 627-6900
Fax: (202) 347-0316
sara@kropf-law.com
Attorney for Drummond Company, Inc.