IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| DRUMMOND COMPANY, INC.<br>1000 Urban Center Drive, Suite 300<br>Birmingham, AL  35242, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>)<br>) | Case No.: 9:14-mc-81189-DMM<br>(Case No. 2:11-cv-3695-RDP-TMP<br>pending in the U.S. District Court for |
| TERRENCE P. COLLINGSWORTH,<br>individually and as agent of Conrad &<br>Scherer, LLP,<br>1156 15th Street, NW, Suite 502<br>Washington, D.C.  20005; | )<br>)<br>)<br>)<br>)<br>) | the Northern District of Alabama,<br>Southern Division) |
| and | )<br>) | |
| CONRAD & SCHERER, LLP,<br>633 S. Federal Hwy.<br>Fort Lauderdale, FL  33301, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**NOTICE OF CONSENT TO MOTION TO STAY BRIEFING,
OR ALTERNATIVELY, FOR ENTRY OF PROPOSED BRIEFING SCHEDULE**

On December 31, 2014, Drummond Company, Inc. ("Drummond) moved for a stay of briefing on a motion to intervene and motion to quash filed on December 19.  *See* Docs. 25 & 29. Drummond's response to the motion to intervene and motion to quash is due January 5, 2015. At the time of filing the motion to stay, due to the intervening holidays, Drummond had been unable to obtain consent from counsel for all putative intervenors.  *See* Doc. 29.  Drummond has now been informed that all putative intervenors consent to the motion to stay briefing pending the outcome of the appeal filed by Jack Scarola, Searcy Denney Scarola Barnhart & Shipley, P.A., and Defendants (Docs. 27 & 28).

{B1889643}

Respectfully submitted,

| | |
|---|---|
| *s/ H. Thomas Wells, III* | *s/ Brett Alan Barfield* |
| H. Thomas Wells, III | Brett Alan Barfield |
| TWells@starneslaw.com | brett.barfield@hklaw.com |
| *Pro Hac Vice* | Florida Bar No. 0192252 |
| STARNES DAVIS FLORIE LLP | HOLLAND & KNIGHT LLP |
| P.O. Box 59812 | 701 Brickell Avenue, Suite 3300 |
| Birmingham, AL 35259 | Miami, FL 33131 |
| (205) 868-6000 | (305) 789-7661 |
| Fax: (205) 868-6099 | Fax: (305) 789-7799 |

*Attorneys for Drummond Company, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on **January 4, 2015**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and to:

Jack Scarola, Esq.
William B. King, Esq.
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9465

Leslie M. Kroeger, Esq.
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Tel: (561) 515-1400
Fax: (561) 515-1401

                                                   *s/ Brett Alan Barfield*
                                                   OF COUNSEL