UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-mc-81189-MIDDLEBROOKS

DRUMMOND COMPANY, INC.,
1000 Urban Center Drive, Suite 300
Birmingham, AL 35242,

    Plaintiff,

v.

TERRENCE P. COLLINGSWORTH,
individually and as agent of Conrad &
Scherer, LLP,
1156 15th Street, NW, Suite 502
Washington, D.C. 20005;

and

CONRAD & SCHERER, LLP,
633 S. Federal Hwy.
Fort Lauderdale, FL 33301,

    Defendants.
_____/

## ORDER DENYING ALL PENDING MOTIONS AS MOOT

This proceeding arises from a subpoena issued in a defamation case filed by Drummond Company, Inc. against Terrence P. Collingsworth and Conrad & Scherer LLP in the Northern District of Alabama. On November 20, 2014, the Court issued an Order denying Non-Party Jack Scarola and Searcy Denney Scarola Barnhart & Shipley, P.A.'s Motion to Quash Subpoenas Duces Tecum, for Protective Order and for Sanctions (DE 1), which was filed on September 19, 2014. (DE 24). On December 19, 2014, non-party law firms and attorneys Cohen Milstein Sellers & Toll, PLLC, EarthRights International, Boies Schiller & Flaxner LLP, Johnathan Reiter, Paul Hoffman, Judith Brown Chomsky, and Arturo Carrillo filed a Motion to Intervene in

order to quash and/or modify the same subpoenas, and/or for a protective order ("Motion to Intervene"). (DE 25). The Motion to Intervene addresses the same subpoenas and issues decided by the Court in its November 20, 2014 Order.

On December 28, 2014, Jack Scarola and Searcy Denney Scarola Barnhart & Shipley, P.A. filed a Notice of Appeal, notifying the Court that they have appealed the Court's Order on Motion to Quash (DE 24) to the Eleventh Circuit. (DE 28). The appeal addresses all of the issues in this case. On December 31, 2014, Plaintiff Drummond Company, Inc. filed a Motion to Stay Briefing, or Alternatively, for Entry of Proposed Briefing Schedule. (DE 29). However, because the appeal addresses all of the issues in this case, jurisdiction lies with the Eleventh Circuit and this Court no longer has jurisdiction to take further action in this case pending the appeal. *See Beavers v. Am. Cast Iron Pipe Co.*, 852 F.2d 527, 530-31 (11th Cir. 1988). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7 day of January, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record