UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-mc-81189-MIDDLEBROOKS

DRUMMOND COMPANY, INC.,

    Plaintiff,

v.

TERRENCE P. COLLINGSWORTH,
individually and as agent of Conrad &
Scherer, LLP, and CONRAD & SCHERER,
LLP,

    Defendants.
_____/

## ORDER DENYING MOTION FOR INDICATIVE RULING

THIS CAUSE comes before the Court upon a Motion to Issue an Indicative Ruling Pursuant to Fed. R. Civ. P. 62.1 on Movants' Motion to Intervene, and to Quash and/or Modify Subpoena Duces Tecum and/or for Protective Order (DE 38), filed on February 9, 2015 by Non-Party law firms and attorneys Cohen Milstein Sellers & Toll, PLLC, EarthRights International, Boies Schiller & Flaxner LLP, Jonathan Reiter, Paul Hoffman, Judith Brown Chomsky, and Arturo Carillo (collectively, "Movants"). On February 25, 2015, Drummond Company, Inc. ("Drummond") filed a Response (DE 39), to which Movants replied (DE 40) on March 9, 2015.

On November 20, 2014, the Court denied Jack Scarola and Searcy Denney Scarola Barnhart & Shipley, P.A.'s Motion to Quash Subpoenas Duces Tecum, for Protective Order, and for Sanctions. (DE 24). On December 19, 2014, Movants filed a Motion to Intervene and to Quash and/or Modify Subpoena Duces Tecum and/or for Protective Order ("Motion to Intervene"). (DE 25). However, on December 22, 2014, Terrence P. Collingsworth, Jack Scarola, and Search Denney Scarola Barnhart & Shipley, P.A. filed Notices of Appeal. (DE 30,

31). Accordingly, on January 7, 2015, the Court denied Movants' Motion to Intervene as moot because the Court no longer has jurisdiction over this action. (DE 37). Movants' now seek an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1. (DE 38).

Federal Rule of Civil Procedure 62.1 provides that "[i]f a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may: (1) defer considering the motion; (2) deny the motion; or (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." Fed. R. Civ. P. 62.1. The Court declines Movants' request to issue an indicative ruling on the Motion to Intervene. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Movants' Motion to Issue and Indicative Ruling pursuant to Fed. R. Civ. P. 62.1 on Movants' Motion to Intervene and to Quash and/or Modify Subpoena Duces Tecum and/or for Protective Order (DE 38) is **DENIED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 7 day of April, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record