UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-MC-81189-MIDDLEBROOKS

DRUMMOND CO., INC.,
    *Plaintiff*,

    v.

TERRENCE P. COLLINGSWORTH, *et al.*
    *Defendants.*
_____/

### NOTICE OF APPEAL BY NON-PARTY LAW FIRMS AND ATTORNEYS

    Notice is hereby given that non-party law firms and attorneys Cohen Milstein Sellers & Toll PLLC, EarthRights International, Boies Schiller & Flexner LLP, Jonathan Reiter, Paul Hoffman, Judith Brown Chomsky, and Arturo Carrillo appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's Order Denying Motion for Indicative Ruling (Dkt. 41).

DATE: April 30, 2015    Respectfully submitted,

s/LESLIE M. KROEGER
LESLIE M. KROEGER (Florida Bar No.: 989762)
Email: lkroeger@cohenmilstein.com
**Cohen Milstein Sellers & Toll PLLC**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
Tel: (561) 515-1400
Fax: (561) 515-1401

Agnieszka M. Fryszman
Benjamin D. Brown
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Marco Simons
Richard Herz
Jonathan Kaufman
Marissa Vahlsing
Michelle Harrison
**EarthRights International**
1612 K Street, N.W. #401
Washington, DC  20006
Tel: (202) 466-5188
Fax: (202) 466-5189

Paul L. Hoffman
**Schonbrun DeSimone Seplow Harris & Hoffman LLP**
723 Ocean Front Walk
Venice, CA  90291
Tel: (310) 396-0731
Fax: (310) 399-7040

Judith Brown Chomsky
**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA  19027
Tel: (215) 782-8367
Fax: (202) 782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, DC  20015
Tel: (202) 994-5794
Fax: (202) 994-4946

Jonathan C. Reiter
**Law Firm of Jonathan C. Reiter**
350 Fifth Avenue, Suite 2811
New York, NY  10118
Tel: (212) 736-0979
Fax: (212) 268-5297

Douglass A. Mitchell
**Boies, Schiller & Flexner LLP**
575 Lexington Ave.
7th Floor New York, NY  10022

Tel: (212) 446-2300
Fax: (212) 446-2350

3

## CERTIFICATE OF SERVICE

I certify that, on April 30, 2015, a copy of this Notice of Appeal of Non-Party Law Firms and Attorneys was electronically filed with the Court using CM/ECF.

By:          s/LESLIE M. KROEGER
                 LESLIE M. KROEGER (Florida Bar No.: 989762)
                 Email: lkroeger@cohenmilstein.com
                 **Cohen Milstein Sellers & Toll PLLC**
                 2925 PGA Boulevard, Suite 200
                 Palm Beach Gardens, FL  33410
                 Tel: (561) 515-1400
                 Fax: (561) 515-1401